# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160191

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 160191
    COA: 342960
    Newaygo CC: 17-011626-FH

BRUCE LEONARD VANDERMEULEN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 25, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020

Clerk

s1216